## No. 8785.

## M. VILLEY vs. L. JARREAU ET ALS.

Where a judicial mortgage creditor seeks to annul the title of ownership alleged by parties in possession of the real estate sought to be subjected, and the latter show a better and paramount title, the plaintiff in the action must fail and the defendants must be quieted.

Parties who are in possession under one who holds a patent from the State to public lands acquired from the general government, exhibit a title superior to that of others who are not in possession and who oppose merely a just and translative title, although anterior possession, however long, be shown. Public lands, as against the government, cannot be acquired by prescription.

Where settlers may have had a right of preëmption and have failed to comply with legal requirements to secure the same, previous to adjudication by the government, such right must be considered as lost. They know they are tenants by sufferance and occupy at their own risk.

APPEAL from the Fifteenth District Court, Parish of Pointe Coupée. *Voist*, J.

*O. O. Provosty* for Plaintiff and Appellant.

*Haralson & Claiborne* and *Hewes & Parlange* for Defendants and Appellees.

The opinion of the Court was delivered by BERMUDEZ, C. J.